BRIAN J. STRETCH, CSBN 163973
United States Attorney
DEBORAH LEE. STACHEL, CSBN 230138
Regional Chief Counsel
DANIEL P. TALBERT, SNB OH 0084088
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 977-8873
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FREDERICK EBERHARDT,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 3:16-cv-02658-JST<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF |

The parties stipulate to remand this case to the Commissioner for further administrative proceedings. Upon remand, the administrative law judge (ALJ) will obtain additional evidence in the form of a medical consultative examination with a medical source statement; give further consideration to Plaintiff's maximum residual functional capacity and provide appropriate rationale with specific references to evidence of record in support of the assessed limitations; obtain supplemental vocational expert evidence; address the missing page in Exhibit 2F/24; offer Plaintiff the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

//

//

Respectfully submitted August 29, 2016.

DATED: August 26, 2016            */s/ David F. Eberhardt*
                                  DAVID F. EBERHARDT
                                  (as authorized by telephone August 26, 2016)
                                  Plaintiff (pro se)

                                  BRIAN J. STRETCH
                                  United States Attorney

DATED: August 29, 2016     By     *s/ Daniel P. Talbert*
                                  DANIEL P. TALBERT
                                  Special Assistant United States Attorney

                                  Attorneys for Defendant


ORDER

Pursuant to stipulation, it is so ordered.

DATE: August 30, 2016            _____
                                 HON. JON S. TIGAR
                                 UNITED STATES DISTRICT JUDGE